FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __OCT - 2 2000__
BY _____

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

CV00-2249  L-O

| | |
|---|---|
| **DONNA S. DEROUSSELLE** | CIVIL ACTION NO.: |
| **VERSUS** | JUDGE: **JUDGE MELANÇON** |
| **SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC. and DR. MARK ST. CYR** | **MAGISTRATE JUDGE METHVIN** MAGISTRATE JUDGE: |

************************************************************************

## ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DONNA S. DEROUSSELLE, hereinafter sometimes referred to as Plaintiff, complaining of the acts committed by SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC. and DR. MARK ST. CYR, hereinafter sometimes referred to as Defendants, and which show unto this Court as follows:

### JURISDICTION

1.

This action arises under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. § 2000e to 2000e-17 ("Title VII"). This Court has jurisdiction under 28 U.S.C. § 1343 and 42 U.S.C. § 2000e-5(f)(3).

### PARTIES

2.

The Plaintiff, DONNA S. DEROUSSELLE, is a female of the full age of majority, married and with children, and who is a resident of the City of Scott, State of Louisiana.



3.

Defendant, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., is a non-profit corporation doing business in St. Landry Parish, Louisiana. The Defendant, DR. MARK ST. CYR, is a person of the full age of majority and domiciled in St. Landry Parish, Louisiana.

4.

At all times referred to in this Complaint, the Defendant, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., was engaged in an industry affecting commerce.

5.

At all times referred to in this Complaint, the Defendant, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., employed fifteen (15) or more employees and has been an employer within the meaning of Title VII.

## ADMINISTRATIVE PREREQUISITES

6.

In January of 1999, the Plaintiff filed a complaint with the Equal Employment Opportunity Commission ("EEOC") charging SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC. with discriminating against the Plaintiff on the basis of her gender, female, by knowingly committing and/or tolerating illegal acts of sexual harassment resulting in her subsequent loss of employment.

7.

Plaintiff filed her charge of discrimination within 180 days of the discriminatory employment practice described in this Complaint and was supplemented with a second charge which is identified as Charge No. 270-A0-0227.

8.

On or about July 13, 2000, a right-to-sue letter was signed by the EEOC and placed in the mail.

## ACTS OF DISCRIMINATION

9.

DONNA S. DEROUSSELLE went to work for SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC. in March of 1997 as a Laboratory Technician.

10.

On or about February 23, 1999, DONNA S. DEROUSSELLE was forced to terminate her position due to the hostile work environment caused by the offensive sexual harassment and advances by Defendant's employee, DR. MARK ST. CYR.

11.

While employed at SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., Plaintiff was subjected to continuous sexual and physical abuse and harassment by co-employee, DR. MARK ST. CYR; said acts of harassment consisted of, inter alia, DR. MARK ST. CYR fondling the private parts of Plaintiff's body.

12.

Other acts performed by DR. MARK ST. CYR, a General Practitioner, while in the course and scope of his employment with SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., consisted of lewd remarks referring to Plaintiff's and other females' anatomy; additionally, DR. MARK ST. CYR made it a practice of making these lewd comments to Plaintiff during and after examining other female patients.

13.

The specific acts of sexual harassment by DR. MARK ST. CYR are itemized as follows, to-wit:

1.    "Can you open your legs that wide?" (Dr. St. Cyr referring to a procedure on a female patient);

2.    Dr. St. Cyr would call Ms. Derousselle into his office and ask her if her breasts were hard and if he could touch them;

3.    When Ms. Derousselle would offer to go pick up lunch, Dr. St. Cyr would respond, "Only if it's you";

4.    Dr. St. Cyr would often make remarks about Ms. Derousselle's buttocks;

5.    Dr. St. Cyr would rub up and down Ms. Derousselle's leg during procedures with female patients;

6.    Dr. St. Cyr would corner Ms. Derousselle when alone in a room with her and grab her hand and force her to touch his private parts;

7.    Dr. St. Cyr would often try to rub up against Ms. Derousselle when he called her into his office;

8.    Dr. St. Cyr would repeatedly ask Ms. Derousselle to check into a hotel to have sex with him even though he knew she was married;

9.    Dr. St. Cyr unbuttoned his shirt and asked her to feel his chest once when she was in his office;  Dr. St. Cyr also motioned (pulled her hand) to touch his penis;

10.   When Ms. Derousselle would walk down the hall, he would pull her into his office and fondle her all the while making the following comments, to-wit:

(a)    "Why are you pushing me away...";
(b)    "I love you...";
(c)    "No one will ever know...";
(d)    "Give it a try; I'm good...";
(e)    "You see how you get to me...".

14.

The acts performed by DR. MARK ST. CYR, while within the course and scope of his employment with Defendant, were done intentionally and without the consent of the Plaintiff.

15.

At all times mentioned herein, the employer, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., knew of those acts of sexual harassment by DR. MARK ST. CYR against your Plaintiff, DONNA S. DEROUSSELLE, but despite such knowledge chose to ignore and/or coverup said illegal acts.

16.

Plaintiff alleges that once the employer, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., was informed of DR. MARK ST. CYR's propensity to commit acts of sexual harassment in 1998, she was asked to resign from her position because DR. MARK ST. CYR was considered a more valuable employee and Plaintiff became a victim of retaliatory discharge though she was soon rehired.

17.

Upon her return to work, due to the willful attitude and actions of her employer and its employees, DONNA S. DEROUSSELLE's work environment became intolerable and hostile, forcing her to terminate her employment with SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC. on or about February 23, 1999.

18.

Plaintiff has been intentionally discriminated against by her employer, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., on the account of her sex, female.

19.

At the time of the aforedescribed acts of sexual harassment, the employer, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., was in violation of Title VII of Section 711(a) of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, which requires that every employer shall post and keep posted in conspicuous places upon its premises notices to employees prepared or approved by the EEOC setting forth excerpts from, or summaries of, the pertinent provisions of Title VII and information pertinent to the filing of a complaint.

## DAMAGES

20.

As a result of the sexual harassment committed by DR. MARK ST. CYR and knowingly allowed and tolerated by his employer, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., your Plaintiff, DONNA S. DEROUSSELLE, suffered mental anguish, psychological injuries and stress on her marriage caused by the illegal and stress-filled work environment.

21.

Due to the illegal acts of DR. MARK ST. CYR and his employer, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., Plaintiff has been irreparably harmed, violated and damaged, both physically and mentally.

22.

Additionally, DONNA S. DEROUSSELLE has suffered a loss of wages and earning capacity, past and future general damages, pain and suffering, and mental anguish in an amount of not less than ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS.

## PENDANT STATE LAW CLAIMS

23.

The acts of DR. MARK ST. CYR constituted a tort under the Laws of the State of Louisiana as enumerated by Louisiana Civil Code Articles 2315 and 2316.

24.

At all times mentioned herein, DR. MARK ST. CYR was acting within the course and scope of his employment with SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC. when he performed those acts of physical assault, battery and intentional infliction of emotional distress upon DONNA S. DEROUSSELLE; as such the Defendant, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC., is liable for these acts under the State Law Doctrine of Respondeat Superior.

25.

That this Complaint is limited to EEOC Charge No. 270-A0-0227; however, Plaintiff intends to amend this Complaint to include EEOC Charge No. 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 upon receipt of a right-to-sue letter.

26.

DONNA S. DEROUSSELLE has suffered additional damages for those violations of her state-created right which she itemizes as follows in an amount which is reasonable in the premises:

1.    Past and future lost wages;

2.    Past and future lost wages and lost earning capacity;

3.    Past and future pain and suffering and mental anguish;

WHEREFORE, Plaintiff, DONNA S. DEROUSSELLE, demands judgment against the Defendants, SOUTHWEST LOUISIANA PRIMARY HEALTH CARE CENTER, INC. and DR. MARK ST. CYR, and prays:

I.

That this Court issue an injunction directing and enjoining the Defendants from further violating Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991;

II.

That this Court award the Plaintiff compensatory damages to which she is entitled to under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991;

III.

That this Court enjoin the Defendants, from discriminating on the basis of sex or gender;

IV.

That this Court award the Plaintiff those compensatory damages to which she is entitled under her pendant State Law Claim arising under Louisiana Law.

V.

That this Court award the Plaintiff reasonable attorney's fees and other costs of this action.

VI.

That this Court award the Plaintiff such other and further relief as may be just and equitable.

Respectfully submitted:

**THE GOODE LAW FIRM**
812 Johnston Street
Post Office Drawer 3366
Lafayette, Louisiana 70502-3366
Telephone:  (318) 234-0600

BY: _____
  **WILLIAM L. GOODE (#6128)**

BY: _____
  **MICHAEL S. O'BRIEN (#10139)** *T.A.*

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

DONNA S. DEROUSSELLE

CIVIL ACTION NO.: CV00-2249

VERSUS

JUDGE:

SOUTHWEST LOUISIANA PRIMARY
HEALTH CARE CENTER, INC. and
DR. MARK ST. CYR

MAGISTRATE JUDGE:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF LAFAYETTE

## VERIFICATION

BEFORE ME, the undersigned Notary Public, personally came and appeared DONNA S. DEROUSSELLE, who, after first being duly sworn, stated as follows:

That she is the Plaintiff in the above and foregoing matter;

That she has read said Complaint and all of the allegations contained therein;

That all of said allegations are true and correct to the best of her knowledge, information and belief; and,

That she desires Judgment as prayed for therein.

_____
DONNA S. DEROUSSELLE

SWORN TO AND SUBSCRIBED, before me, Notary Public, on this ___ day of _____, 2000, at Lafayette, Louisiana.

_____
NOTARY PUBLIC